E-FILED
Friday, 10 January, 2025  04:06:41 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF ILLINOIS



FILED

JAN 1 0 2025

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Plaintiff:    Ryan Christopher Armstrong

Case No. 25-CV-4007

Defendants:  The Federal Government, et. al.

## COMPLAINT FOR A CIVIL CASE

**I.**    **The Parties to this complaint:**

### A. The Plaintiff

| | |
|---|---|
| Name: | Ryan Christopher Armstrong |
| Street Address: | 304 South Scott Street |
| City and County: | Alexis, Warren County |
| State and Zip Code: | Illinois 61412 |
| Telephone Number: | (309) 536-2151 |
| E-mail Address: | ryan.armstrong@gmail.com |

### B. The Defendants

Defendant No. 1

| | |
|---|---|
| Name: | The United States Federal Government |
| Street Address: | 1600 Pennsylvania Ave. NW |
| City and County: | Washington D.C. |
| State and Zip Code: | Washington D.C. 20500 |
| Telephone Number: | (202) 456-1111 |

Defendant No. 2

   Name:     The Federal Supreme Court of the United States

   Street Address:  1 First St NE

   City and County: Washington D.C.

   State and Zip Code: 20543

   Telephone Number: (202) 479-3000

Defendant No. 3

   Name:     The Rock Island Division of the District Court of Central Illinois

   Street Address:  322 16th Street Suite 200 A

   City and County: Rock Island, Rock Island County

   State and Zip Code: Illinois 61201

   Telephone Number: (309) 793-5778

Defendant No. 4

   Name:     US Court of Appeals for the Seventh Circuit

   Street Address:  219 S. Dearborn Street

   City and County: Chicago, Cook County

   State and Zip Code: Illinois 60604

   Telephone Number: (312) 435-5850

Defendant No. 5

   Name:     The State of Illinois

   Street Address:  401 South 2nd Street

   City and County: Springfield, Sangamon County

   State and Zip Code: Illinois 62701

   Telephone Number: (217) 782-2099

Defendant No. 6

| | |
|---|---|
| Name: | The Attorney Registration & Disciplinary Commission of Illinois |
| Street Address: | One Prudential Plaza 130 E Randolph Drive Suite 1500 |
| City and County: | Chicago, Cook County |
| State and Zip Code: | Illinois 60601-6219 |
| Telephone Number: | (312) 565-2600 |
| E-mail Address: | information@iardc.org |

Defendant No. 7

| | |
|---|---|
| Name: | Warren County Illinois 9th Judicial Circuit Court |
| Street Address: | 100 West Broadway |
| City and County: | Monmouth, Warren County |
| State and Zip Code: | Illinois 61462 |
| Telephone Number: | (309) 837-9278 |

Defendant No. 8

| | |
|---|---|
| Name: | Knox County Illinois 9th Judicial Circuit Court |
| Street Address: | 200 South Cherry Street |
| City and County: | Galesburg, Knox County |
| State and Zip Code: | Illinois 61401 |
| Telephone Number: | (309) 343-3121 |
| E-mail Address: | info@co.knox.il.us |

Defendant No. 9

| | |
|---|---|
| Name: | Federal Bureau of Investigation |
| Street Address: | 935 Pennsylvania Ave. NW |
| City and County: | Washington D.C. |

State and Zip Code:    Washington D.C. 20530

Telephone Number:    (202) 324-3000

Defendant No. 10

Name:    Illinois State Police

Street Address:    1600 North Lafyette Street

City and County:    Macomb, McDonough County

State and Zip Code:    Illinois 61455

Telephone Number:    (309) 833-2141

E-mail Address:    isp.contact@illinois.gov

Defendant No. 11

Name:    Warren County Illinois Sheriff's Department

Street Address:    121 North A Street

City and County:    Monmouth, Warren County

State and Zip Code:    Illinois 61462

Telephone Number:    (309) 734-8506

E-mail Address:    admin@warrencountyilsheriff.com

Defendant No. 12

Name:    Knox County Illinois Sheriff's Department

Street Address:    152 South Kellogg Street

City and County:    Galesburg, Knox County

State and Zip Code:    Illinois 61401

Telephone Number:    (309) 345-3724

Defendant No. 13

Name:    Monmouth Illinois Police Department

Street Address:    500 South Main Street

City and County:        Monmouth, Warren County

State and Zip Code:    Illinois 61462

Telephone Number:    (309) 734-8383

E-mail Address:          joe.switzer@monmouthpolicedepartment.com

Defendant No. 14

Name:                      Alexis Illinois Police Department

Street Address:          122 North Main Street

City and County:        Alexis, Warren County

State and Zip Code:    Illinois 61412

Telephone Number:    (309) 482-5537

E-mail Address:          alexisilpolice@yahoo.com

Defendant No. 15

Name:                      Galesburg IL Police Department

Street Address:          150 South Broad Street

City and County:        Galesburg, Knox County

State and Zip Code:    Illinois 61401

Telephone Number:    (309) 343-9151

Defendant No. 16

Name:                      The City of Monmouth Illinois

Street Address:          100 East Broadway

City and County:        Monmouth, Warren County

State and Zip Code:    Illinois 61462

Telephone Number:    (309) 734-2141

E-mail Address:          cityhall@cityofmonmouth.com

Defendant No. 17

| | |
|---|---|
| Name: | The City of Galesburg |
| Street Address: | 55 W Tompkins St |
| City and County: | Galesburg, Knox County |
| State and Zip Code: | Illinois 61401 |
| Telephone Number: | (309) 343-4181 |

Defendant No. 18

| | |
|---|---|
| Name: | The Village of Alexis Illinois |
| Street Address: | 122 North Main Street |
| City and County: | Alexis, Warren County |
| State and Zip Code: | Illinois 61412 |
| Telephone Number: | (309) 482-3424 |
| E-mail Address: | vilofalx@mchsi.com |

Defendant No. 19

| | |
|---|---|
| Name: | OSF Medical Group |
| Street Address: | 124 SW Adams Street |
| City and County: | Peoria, Peoria County |
| State and Zip Code: | Illinois 61602 |
| Telephone Number: | (844) 673-2778 |

Defendant No. 20

| | |
|---|---|
| Name: | Knox County Health Department |
| Street Address: | 1361 West Fremont Street |
| City and County: | Galesburg, Knox County |
| State and Zip Code: | Illinois 61401 |
| Telephone Number: | (309) 344-2224 |

Defendant No. 21

|  |  |
|---|---|
| Name: | Bridgeway Inc. |
| Street Address: | 301 Industrial Park Drive Road |
| City and County: | Monmouth, Warren County |
| State and Zip Code: | Illinois 61462 |
| Telephone Number: | (309) 734-9461 |
| E-mail Address: | info@bway.org |

Defendant No. 22

|  |  |
|---|---|
| Name: | Decatur Manor Healthcare |
| Street Address: | 1016 West Pershing Road |
| City and County: | Decatur, Macon County |
| State and Zip Code: | Illinois 62526 |
| Telephone Number: | (217) 875-0833 |
| E-mail Address: | administrator@decaturmanor.com |

Defendant No. 23

|  |  |
|---|---|
| Name: | Graham Healthcare |
| Job or Title: | Medical Healthcare Provider |
| Street Address: | 530 N Seminary St |
| City and County: | Galesburg, Knox County |
| Telephone Number: | (309) 570-1333 |

Defendant No. 24

|  |  |
|---|---|
| Name: | Great River Health |
| Street Address: | 1221 South Gear Ave. |
| City and County: | West Burlington, Des Moines County |
| State and Zip Code: | Iowa 52601 |

Telephone Number:    (319) 768-1000

Defendant No. 25

    Name:                          Hartgrove Hospital

    Street Address:            5730 West Roosevelt Road

    City and County:         Chicago, Cook County

    State and Zip Code:    Illinois 60644

    Telephone Number:    (773) 413-1700

Defendant No. 26

    Name:                          McDonough District Hospital Clinic

    Street Address:            2 American Way Suite B & C

    City and County:         Monmouth, Warren County

    State and Zip Code:    Illinois 61462

    Telephone Number:    (309) 715-7362

Defendant No. 27

    Name:                          McFarland Mental Health Center

    Street Address:            901 Southwind Road

    City and County:         Springfield, Sangamon County

    State and Zip Code:    Illinois 62703

    Telephone Number:    (217) 786-6994

Defendant No. 28

    Name:                          Unity Point Health Methodist Hospital

    Street Address:            221 NE Glen Oak Ave.

    City and County:         Peoria, Peoria County

    State and Zip Code:    Illinois 61606

    Telephone Number:    (309) 672-5522

Defendant No. 29

    Name:               Molina Healthcare of Illinois

    Job or Title:          Insurance Provider

    Street Address:       2001 Butterfield Rd #750

    City and County:      Downers Grove,

    Telephone Number:   1 (855) 687-7861

Defendant No. 30

    Name:               Robert Young Mental Health Center

    Street Address:       4600 3rd Street

    City and County:      Moline, Rock Island County

    State and Zip Code:   Illinois 61265

    Telephone Number:   (309) 779-3000

Defendant No. 31

    Name:               Streamwood Hospital

    Street Address:       1400 Irving Park Road

    City and County:      Streamwood, Cook County

    State and Zip Code:   Illinois 60107

    Telephone Number:   (630) 837-9000

Defendant No. 32

    Name:               Tazwood Inc.

    Street Address:       3248 Van De Ver Ave. Suite A

    City and County:      Pekin, Tazewell County

    State and Zip Code:   Illinois 61554

    Telephone Number:   (309) 266-9941

Defendant No. 33

    Name:               Illinois Department of Corrections

    Street Address:       1301 Concordia Court

    City and County:     Springfield, Sangamon County

    State and Zip Code:  Illinois 62702

    Telephone Number:  (217) 558-2200

Defendant No. 34

    Name:               KWQC News Channel 6

    Street Address:       805 Brady Street

    City and County:     Davenport, Scott County

    State and Zip Code:  Iowa 52803

    Telephone Number:  (563) 383-7048

    E-mail Address:      managersgroup@kwqc.com

Defendant No. 35

    Name:               WQAD News Channel 8

    Street Address:       3003 Park 16th Street

    City and County:     Moline, Rock Island County

    State and Zip Code:  Illinois 61265

    Telephone Number:  (309) 764-8888

    E-mail Address:      news@wqad.com

Defendant No. 36

    Name:               Guardian Media Group

    Street Address:       61 Broadway

    City and County:     New York City, New York County

    State and Zip Code:  New York 10006

Telephone Number:  (844) 632-2010

E-mail Address:  USinfo@theguardian.com

Defendant No. 37

Name:  Kwame Raoul

Job or Title:  Illinois Attorney General

Street Address:  500 South Second Street

City and County:  Springfield, Sangamon County

State and Zip Code:  Illinois 62701

Telephone Number:  (217) 782-1090

E-mail Address:  ethics.OEIG@ilag.gov

Defendant No. 38

Name:  Thomas R. Siegel

Job or Title:  Warren County Illinois State's Attorney

Street Address:  100 West Broadway

City and County:  Monmouth, Warren County

State and Zip Code:  Illinois 61462

Telephone Number:  (309) 734-8476

E-mail Address:  tsiegel@wcsao.com

Defendant No 39

Name:  Kevin Kanzler

Job or Title:  Assistant State's Attorney of Warren County IL

Street Address:  100 W Broadway

City and County:  Monmouth, Warren County

Telephone Number:  (309) 734-5179

E-mail Address:  kkanzler@wcsao.com,

kkanzler@warrencountyil.gov

Defendant No 40

    Name:                  Kyle Worby

    Job or Title:        Warren County IL Public Defender

    Street Address:     100 W Broadway

    City and County:    Monmouth, Warren County

    Telephone Number:  (309) 734-5179

    E-mail Address:    kyle@worbylaw.com. attorneyworby@gmail.com

Defendant No. 41

    Name:                  Jeremy Karlin

    Job or Title:        Knox County Illinois State's Attorney

    Street Address:     200 South Cherry Street

    City and County:    Galesburg, Knox County

    State and Zip Code:  Illinois 61401

    Telephone Number:  (309) 345-3880

    E-mail Address:    jkarlin@knoxcountyil.gov

Defendant No. 42

    Name:                  Chip Algren

    Street Address:     Law enforcement resources needed to locate.

    City and County:    Monmouth, Warren County

    State and Zip Code:  Illinois 61462

Defendant No. 43

    Name:                  Chris Colburn

    Job or Title:        Knox County Illinois Public Defender

    Street Address:     200 South Cherry Street

City and County:    Galesburg, Knox County

State and Zip Code:    Illinois 61401

Telephone Number:    (309) 345-3876

E-mail Address:    christopher.colburn@knoxcountyil.gov

Defendant No. 44

Name:    David Reid Clark

Job or Title:    Legal Attorney

Street Address:    93 Public Square

City and County:    Monmouth, Warren County

State and Zip Code:    Illinois 61462

Telephone Number:    (309) 734-8464

E-mail Address:    clarklaw@frontiernet.net

Defendant No. 45

Name:    Greg Baber

Job or Title:    Judge for the 9th Judicial Circuit Court

Street Address:    12 Fairway Drive

City and County:    Monmouth, Warren County

State and Zip Code:    Illinois 61462

Telephone Number:    (309) 734-6626

Defendant No. 46

Name:    Steve Glasgow

Job or Title:    Legal Attorney

Street Address:    93 Public Square

City and County:    Monmouth, Warren County

State and Zip Code:    Illinois 61462

Telephone Number:    (309) 734-8464

E-mail Address:        clarklaw@frontiernet.net

Defendant No. 47

Name:                Immaculate Conception School

Street Address:        115 North B Street

City and County:    Monmouth, Warren County

State and Zip Code:    Illinois 61462

Telephone Number:    (309) 734-6037

E-mail Address:        icstrojans@gmail.com

Defendant No. 48

Name:                United High School

Street Address:        1905 100th Street

City and County:    Monmouth, Warren County

State and Zip Code:    Illinois 61462

Telephone Number:    (309) 734-9411

Defendant No. 49

Name:                Warren High School

Street Address:        1905 100th Street

City and County:    Monmouth, Warren County

State and Zip Code:    Illinois 61462

Telephone Number:    (309) 734-9411

Defendant No. 50

Name:                Western Illinois University

Street Address:        1 University Circle

City and County:    Macomb, McDonough County

State and Zip Code:     Illinois 61455

Telephone Number:     (309) 298-1414

E-mail Address:     info@wiu.edu

Defendant No. 51

Name:     Warren County Illinois Housing Authority

Street Address:     200 East Harlem Ave.

City and County:     Monmouth, Warren County

State and Zip Code:     Illinois 61462

Telephone Number:     (309) 734-2080

E-mail Address:     WarrenCoHousing@gmail.com

Defendant No. 52

Name:     Amazon Corporate Headquarters

Street Address:     440 Terry Ave. N

City and County:     Seattle, King County

State and Zip Code:     Washington 98109

Telephone Number:     (206) 266-1000

Defendant No. 53

Name:     Apple Inc.

Street Address:     1 Apple Park Way

City and County:     Cupertino, Santa Clara County

State and Zip Code:     California 95014

Telephone Number:     (408) 996-1010

Defendant No. 54

Name:     Ancestry.com

Street Address:     1300 West Traverse Parkway

City and County:        Lehi, Utah County

State and Zip Code:     Utah 84043

Telephone Number:   1(800)615-6560

E-mail Address:         support@ancestry.com

Defendant No. 55

Name:                   Animalhouse Fitness

Street Address:         2707 Boeing Way

City and County:        Stockton, San Joaquin County

State and Zip Code:     California 95206

Telephone Number:   (262) 784-7533

E-mail Address:         info@animalhousefitness.com

Defendant No. 56

Name:                   Benchmade Knife Company

Street Address:         300 Beavercreek Road

City and County:        Oregon City, Clackamas County

State and Zip Code:     Oregon 97045

Telephone Number:   (833) 557-2525

E-mail Address:         info@benchmade.com

Defendant No. 57

Name:                   Bowflex

Street Address:         17750 SE 6th Way

City and County:        Vancouver, Clark County

State and Zip Code:     Washington 98683

Telephone Number:   (800) 605-3369

Defendant No. 58

    Name:                The Chive Media Group

    Street Address:       98 San Jacinto Blvd.

    City and County:     Austin, Travis County

    State and Zip Code:  Texas 78701

    Telephone Number:  (512) 527-3500

Defendant No. 59

    Name:                Discovery (Television Channel)

    Street Address:       230 Park Avenue South

    City and County:     New York City, Manhattan

    State and Zip Code:  New York, 10017

Defendant No. 60

    Name:                Dodge

    Street Address:       1301 S Rochester Road

    City and County:     Rochester Hills, Oakland County

    State and Zip Code:  Michigan 48307

    Telephone Number:  (248) 652-9650

Defendant No. 61

    Name:                Facebook (Meta)

    Street Address:       1 Hacker Way

    City and County:     Menlo Park, San Mateo County

    State and Zip Code:  California 94025

    Telephone Number:  (650) 543-4800

    E-mail Address:       support@fb.com

Defendant No. 62

      Name:                   Fitness Hardware

      Street Address:      7800 Forsyth Boulevard, Suite 300B

      City and County:    St. Louis

      State and Zip Code:  Missouri 63105

      E-mail Address:      info@fitnesshardware.com

Defendant No. 63

      Name:                   Google Arts & Culture

      Street Address:      8 Rue de Londres

      City:                     Paris

      Country:              France

      E-mail Address:      https://artsandculture.google.com

Defendant No. 64

      Name:                   American Honda Motor Co. Inc.

      Street Address:      1919 Torrance Blvd.

      City and County:    Torrance, Los Angeles County

      State and Zip Code:  California 90501

      Telephone Number:  (800) 999-1009

Defendant No. 65

      Name:                   Hoover Inc.

      Street Address:      8405 IBM Drive

      City and County:    Charlotte, Mecklenburg County

      State and Zip Code:  North Carolina 28262

      Telephone Number:  (888) 321-1134

Defendant No. 66

| | |
|---|---|
| Name: | Instagram (Meta) |
| Street Address: | 1 Hacker Way |
| City and County: | Menlo Park, San Mateo County |
| State and Zip Code: | California 94025 |
| Telephone Number: | (650) 543-4800 |
| E-mail Address: | support@instagram.com |

Defendant No. 67

| | |
|---|---|
| Name: | Iron Spike Brewing Co. |
| Street Address: | 150 East Simmons Street |
| City and County: | Galesburg, Knox County |
| State and Zip Code: | Illinois 61401 |
| Telephone Number: | (309) 297-4718 |

Defendant No. 68

| | |
|---|---|
| Name: | Jeep |
| Street Address: | FCA US LLC P.O. Box 21-8007 |
| City and County: | Auburn Hills, Oakland County |
| State and Zip Code: | Michigan 48321-8007 |
| Telephone Number: | (248) 576-5741 |

Defendant No. 69

| | |
|---|---|
| Name: | Laborers' Local 231 |
| Street Address: | 2503 Broadway Street |
| City and County: | Pekin, Tazewell County |
| State and Zip Code: | Illinois 61554 |
| Telephone Number: | (309) 347-7106 |

Defendant No. 70

    Name:                MedCline

    Street Address:      8825 Rehco Rd. Suite D

    City and County:     San Diego, San Diego County

    State and Zip Code:   California 92121

    Telephone Number:  (800) 610-1607

    E-mail Address:     support@medcline.com

Defendant No. 71

    Name:                Merrell

    Street Address:      9341 Courtland Drive NE

    City and County:     Rockford, Kent County

    State and Zip Code:   Michigan 49351

    Telephone Number:  (800) 288-3124

Defendant No. 72

    Name:                Microsoft Corp.

    Street Address:      1 Microsoft Way

    City and County:     Redmond, King County

    State and Zip Code:   Washington 98052

    Telephone Number:  (425) 882-8080

Defendant No. 73

    Name:                Nature's Treatment of Illinois

    Street Address:      973 Tech Drive

    City and County:     Moline, Rock Island County

    State and Zip Code:   Illinois 61264

    Telephone Number:  (309) 283-7642

E-mail Address: info@ntillinois.com

Defendant No. 74

Name: Netflix

Street Address: 888 Broadway

City and County: New York City, New York County

State and Zip Code: New York 10003

Telephone Number: (866) 579-7172

E-mail Address: info@join.netflix.com

Defendant No. 75

Name: The Patton Block

Street Address: 88 Public Square

City and County: Monmouth, Warren County

State and Zip Code: Illinois 61462

Telephone Number: (309) 734-7180

E-mail Address: pattonblock@gmail.com

Defendant No. 76

Name: Pandora

Street Address: 125 Park Ave. 19th Floor

City and County: New York City, New York County

State and Zip Code: New York 10017

Telephone Number: (510) 451-4100

Defendant No. 77

Name: Peloton

Street Address: 441 Ninth Ave, 6th Floor

City and County: New York, New York County

State and Zip Code:    New York 10001

Telephone Number:    (866) 679-9129

E-mail Address:    www.onepeloton.com

Defendant No. 78

Name:    Pinterest

Street Address:    651 Brannan Street #310

City and County:    San Francisco, San Francisco County

State and Zip Code:    California 94107

Telephone Number:    (415) 762-7100

E-mail Address:    support@pinterest-business.zendesk.com

Defendant No. 79

Name:    Prism Water Pipes LLC

Street Address:    Law enforcement resources needed to locate.

City and County:    Philadelphia, Philadelphia County

State and Zip Code:    Pennsylvania

E-mail Address:    support@prismwaterpipes.com

Defendant No. 80

Name:    Revolve Modeling Agency

Street Address:    Law enforcement resources needed to locate.

E-mail Address:    The modeling agency is found on instagram.com

Defendant No. 81

Name:    Rossetto

Street Address:    The product is sold on amazon.com & law enforcement resources are necessary to locate.

Defendant No. 82

    Name:                 Samsung Electronics

    Street Address:        129 Samseong-ro

    City and County:      Yeongtong-gu

    State and Zip Code:   Korea (Republic of)

    Telephone Number:  82-2-2255-9000

    E-mail Address:     support.india@samsung.com

Defendant No. 83

    Name:                 Shark Tank (television show from ABC)

    E-mail Address:     questions@sharktankrecap.com

Defendant No. 84

    Name:                 SharkNinja

    Street Address:        89 A St #100

    City and County:      Needham,

    State and Zip Code:   Massachusetts 02494

    Telephone Number:  1 (617) 243 - 0235

Defendant No. 85

    Name:                 Stiletto Tools

    Street Address:        13135 West Lisbon Road

    City and County:      Brookfield, Waukesha County

    State and Zip Code:   Wisconsin 53005

    Telephone Number:  (800) 987-1849

Defendant No. 86

    Name:                 The North Face

    Street Address:        1551 Wewatta Street

City and County:        Denver, Denver County

State and Zip Code:     Colorado 80202

Telephone Number:       (888) 863-1968

E-mail Address:         US.Customer.Care@thenorthface.com

Defendant No. 87

Name:                   Tinder

Street Address:         116 New Montgomery St #700

City and County:        San Francisco, San Francisco County

State and Zip Code:     California 94105

Telephone Number:       (214) 853-4309

E-mail Address:         support@gotinder.com

Defendant No. 88

Name:                   Toppuff

Street Address:         Law enforcement resources needed to locate.

E-mail Address:         Their product is found/sold on amazon.com

Defendant No. 89

Name:                   Twitter/X.com

Street Address:         Building 2 in Hyperloop Plaza

City and County:        Bastrop, Bastrop County

State and Zip Code:     Texas, 78602

Defendant No. 90

Name:                   Under Armour

Street Address:         1020 Hull Street

City and County:        Baltimore, Baltimore County

State and Zip Code:     Maryland 21230

Telephone Number:    (888) 727-6687

E-mail Address:    UAHelp@underarmour.com

Defendant No. 91

Name:    The United States Playing Card Company

Street Address:    300 Crap Way

City and County:    Erlanger, Kenton County

State and Zip Code:    Kentucky 41018

Telephone Number:    (800) 543-2273

E-mail Address:    usacasinosales@usplayingcard.com

Defendant No. 92

Name:    Verizon Wireless

Street Address:    1095 Avenue of the Americas

City and County:    New York City, New York County

State and Zip Code:    New York 10036

Telephone Number:    (212) 395-1000

Defendant No. 93

Name:    The Television Industry of the USA

Street Address:    Law enforcement resources needed to locate.

Defendant No. 94

Name:    Cinema of the USA

Street Address:    Law enforcement resources needed to locate.

Defendant No. 95

Name:    YouTube

Street Address:    901 Cherry Ave.

City and County:    San Bruno, San Mateo County

State and Zip Code:     California, 94066

Fax Number:                     1 650 253 0001

Defendant No. 96

    Name:                       Aaron Joseph Gavin

    Job or Title:               Engineer

    Street Address:             Law enforcement resources are necessary to locate.

    City and County:            Brimfield, Peoria County

    State and Zip Code:         Illinois 61517

Defendant No. 97

    Name:                       Alvin Rose Jr.

    Street Address:             305 South Main Street

    City and County:            Alexis, Warren County

    State and Zip Code:         Illinois 61412

    Telephone Number:           (309) 221-8208

Defendant No. 98

    Name:                       Brenna Kessinger-Potash

    Street Address:             Law enforcement resources are necessary to locate.

Defendant No. 99

    Name:                       Caroline Prince-Mather

    Street Address:             Law enforcement resources are necessary to locate.

Defendant No. 100

    Name:                       Christopher Gavin

    Job or Title:               Banker and Farmer

Street Address:          565 200th Ave

City & County:           Monmouth, Warren County

State and Zip Code:   Illinois 61462

Defendant No. 101

Name:                    Corey Champion

Street Address:          Law enforcement resources needed to locate.

City and County:         Mooresville, Iredell County

State and Zip Code:   North Carolina

Telephone Number:   (309) 255-0391

Defendant No. 102

Name:                    Dr. Val Flacco-Nessleroad

Job or Title:            Doctor

Street Address:          3375 North Seminary Street

City and County:         Galesburg, Knox County

State and Zip Code:   Illinois 61401

Telephone Number:   (309) 343-5114

Defendant No. 103

Name:                    Drew Christopher Robertson

Street Address:          Law enforcement resources needed to locate.

City and County:         Adairsville, Bartow County

State and Zip Code:   Georgia 30103

Defendant No. 104

Name:                    Kent Andrew Armstrong

Job or Title:            Farmer

Street Address:          1515 East Broadway

City and County:      Monmouth, Warren County

State and Zip Code:   Illinois 61462

Telephone Number:     (309) 255-5400

E-mail Address:       kentarm1@gmail.com

Defendant No. 105

Name:                 Kathy Lefort-Walton

Street Address:       1663 70th Street

City and County:      Monmouth, Warren County

State and Zip Code:   Illinois 61462

Telephone Number:     (309) 255-2200

E-mail Address:       kathy.a.lefort@gmail.com

Defendant No. 106

Name:                 Melissa Patterson

Street Address:       Law enforcement resources needed to locate.

City and County:      Alexis

State and Zip Code:   Illinois 61412

Defendant No. 107

Name:                 Morgan Bower Ray-Swing

Street Address:       Law enforcement resources needed to locate.

City and County:      Galesburg, Knox County

State and Zip Code:   Illinois 61401

Telephone Number:     (309) 335-2495

E-mail Address:       mray4228@gmail.com

Defendant No. 108

Name:                 Brian Parkins

Job or Title:          Dispatcher

Street Address:        1100 192nd Ave.

City and County:       Monmouth, Warren County

State and Zip Code:    Illinois 61462

Telephone Number:      (309) 734-2004

Defendant No. 109

Name:                  Patrick Gavin

Job or Title:          Banker at Midwest Bank of Western Illinois

Street Address:        1241 East Boston Ave.

City and County:       Monmouth, Warren County

State and Zip Code:    Illinois 61462

E-mail Address:        patrick.gavin@mbwi.com

Defendant No. 110

Name:                  Thomas Patterson

Job or Title:          Urologist

Street Address:        530 N Seminary St

City and County:       Galesburg, Knox County

Telephone Number:      (309) 570-1333

Defendant No. 111

Name:                  Tara Vanfleet

Street Address:        Law enforcement resources are necessary to locate.

Defendant No. 112

Name:                  Unknown Violators

Street Address:        Law enforcement resources needed to locate & identify.

II.    **Basis for Jurisdiction**

The basis for federal jurisdiction in this case is both a Federal Question and Diversity of Citizenship.

A.    **The Basis for Federal Jurisdiction is a Federal Question.**

My Constitutional rights within the 'Bill of Rights' have been violated in Sections 1, 2, 8.1 and 19.   My Title 2 rights with the 'Americans with Disabilities Act' as a disabled victim have been violated. My rights to due process and equal protection have been violated. My intellectual property rights as a contributing designer/inventor have been violated. My rights as a disabled citizen and patient have been violated.

B.    **The Basis for Federal Jurisdiction is Diversity of Citizenship.**

1.    The Plaintiff

a.    The plaintiff, Ryan C. Armstrong, is a citizen of the State of Illinois.

2.    The Defendants

a.    The defendants are citizens of multiple states within the United States of America.

b.    The defendants are incorporated under the laws of multiple states and have their principal places of business in multiple states within the United States of America.

3.    The Amount in Controversy

The amount in controversy is more than $75,000, not counting interest and costs of court, because:

*The damage and harm I've been forced to suffer from was/is severe and has left me permanently damaged. I've been forced to suffer every day of my life while getting intentionally violated*

*nonstop as I'm being intentionally neglected. I've been forced to live my entire life without my human rights.    My contributions as a designer/inventor are worth billions of dollars to me as an individual and trillions of dollars to the positive economic impact of our nation..*

III.    **Statement of Claim**

Plaintiff alleges as follows:

*I am a 37 year old, permanently disabled victim who has been getting violated with crime on a daily basis for over 32 years. The violations to me turned me permanently disabled with brain and spinal cord damage as a young child. I've suffered constantly, while living my entire life without my rights nor justice nor a 'pursuit of justice'.   Crimes I've been violated with include multiple violent murder-attempts (that damaged me permanently), multiple rapes, nonstop mental/physical/sexual abuse, constant privacy invasion, constant sabotage, getting exploited for more than $1,000,000,000 and more. I've spent my past 5 years typing my testimony evidence after living 25 of my last 30 years in a concussion-coma type state of mind. My testimony evidence clearly proves that I'm victim to our nation's highest crimes many separate times and that I've been getting criminally violated nonstop for over 32 years. My testimony includes all of the known witnesses needed for the court's clarification. An investigation will need to be done to prove the unknowns of my case. I deserve a fair day in court as a disabled victim who has been serially violated and intentionally neglected while*

*attempting to contribute designs and inventions that drastically improve life on earth. The listed government organizations are all guilty of both violating and intentionally neglecting me. The listed attorneys are all guilty of accepting payment from me or my family without providing me full fair nor proper legal representation or are guilty of not providing me fair nor proper representation when appointed to. The listed health organizations are all guilty of violating and neglecting me.  The listed media organizations are all guilty of violating, neglecting and harassing me. The listed businesses are all guilty of using my designs and suggestions without giving me credit nor my lawful earnings while violating my intellectual property rights. The listed automotive companies all provided me with vehicles that didn't have working airbag systems. Laborers' Local 231 is guilty of violating and harassing me. The educational providers listed are all guilty of neglecting me as I was being knowingly violated. The listed individuals are all guilty of violating or neglecting me.*

## IV.     Relief

My case entitles me to both actual and punitive damages. I expect to be compensated $10,000,000,000 for what I've been forced to go through up until now & for what has been stolen from my life. I expect royalties and credit for my contributions as a designer/inventor that will be decided once a lawful investigation is complete. I expect payment for all past/future medical expenses and lifetime prescriptions to the medicines I need to function and be presentable. I expect to have my tattoo removed. The compensation will cover the bodily and

emotional harm I've been forced through, pain and suffering, loss of income, loss of enjoyment of life and property damage. An investigation will need to be complete in order for me to be able to specify what each defendant owes me.

## V.    Certification and Closing

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Date:                          8/20/2023

Signature of Plaintiff:

Plaintiff's Name:              Ryan C. Armstrong

Plaintiff's Mailing Address:   PO Box 261 Alexis, IL 61412

Plaintiff's Telephone Number:  (309) 536-2151

Plaintiff's E-mail:            ryan.armstrong@gmail.com